| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF NORTH DAKOTA | |
| Case number *(if known)* _____ | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | EPIC Employee, LLC | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 88-4112082 | |
| 4. | **Debtor's address** | **Principal place of business** 400 10th Street SE Minot, ND 58701 Number, Street, City, State & ZIP Code  Ward County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Debtor  EPIC Employee, LLC          Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    5239

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

Debtor  EPIC Employee, LLC                                                          Case number (*if known*)
_____Name_____

List all cases. If more than 1, attach a separate list

Debtor   See Attachment                                 Relationship
District                          When                  Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
        Contact name     _____
        Phone            _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  EPIC Employee, LLC                                                                 Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 8, 2024
                 MM / DD / YYYY

**X** /s/ Patrick Finn                               Patrick Finn
Signature of authorized representative of debtor      Printed name

Title    Chief Restructuring Officer

**18. Signature of attorney**

**X** /s/ Steven R. Kinsella                 Date    July 8, 2024
Signature of attorney for debtor                           MM / DD / YYYY

Steven R. Kinsella 09514
Printed name

Fredrikson & Byron, P.A.
Firm name

60 South 6th Street, Suite 1500
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone   612.492.7000      Email address   skinsella@fredlaw.com

09514 ND
Bar number and State

Debtor   EPIC Employee, LLC  
     Name

Case number (*if known*) _____

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NORTH DAKOTA

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | EC West Fargo, LLC | | Relationship to you | | |
| District | North Dakota | When | Case number, if known | Pending |
| Debtor | EOLA Capital, LLC | | Relationship to you | | |
| District | North Dakota | When | Case number, if known | Pending |
| Debtor | EPIC Companies Midwest 2023, LLC | | Relationship to you | | |
| District | North Dakota | When | Case number, if known | Pending |
| Debtor | EPIC Companies Midwest, LLC | | Relationship to you | | |
| District | North Dakota | When | Case number, if known | Pending |

**Fill in this information to identify the case:**

Debtor name: EPIC Employee, LLC

United States Bankruptcy Court for the: DISTRICT OF NORTH DAKOTA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 8, 2024         X  /s/ Patrick Finn
                                      Signature of individual signing on behalf of debtor

                                      Patrick Finn
                                      Printed name

                                      Chief Restructuring Officer
                                      Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | EPIC Employee, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NORTH DAKOTA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alexis Meyer<br>1629 S Broadway Apt 510<br>Minot, ND 58701 | Alexis Meyer<br><br>701-720-1608 | Investment Creditor | | | | $12,900.00 |
| Amy Hass<br>506 24th Avenue North<br>Fargo, ND 58102 | Amy Hass<br><br>701-388-3357 | Investment Creditor | | | | $11,500.00 |
| Ben Zeltinger<br>6857 Daytona Drive<br>Bismarck, ND 58503 | Ben Zeltinger<br><br>970-846-2395 | Investment Creditor | | | | $12,900.00 |
| Bill Leier<br>4995 17th Avenue S #214<br>Fargo, ND 58104 | Bill Leier<br><br>billleier@gmail.com<br>218-791-2148 | Investment Creditor | | | | $12,900.00 |
| Blake Nybakken<br>2212 Centennial Rose Dr S<br>Fargo, ND 58104 | Blake Nybakken<br><br>701-721-8047 | Investment Creditor | | | | $12,900.00 |
| Brian Reinarts<br>3434 Shadow Wood Lane<br>West Fargo, ND 58078 | Brian Reinarts<br><br>brian.a.reinarts@gmail.com<br>701-541-0061 | Investment Creditor | | | | $12,900.00 |
| Britta Renner<br>1579 72nd Ave S<br>Fargo, ND 58104 | Britta Renner<br><br>701-550-9581 | Investment Creditor | | | | $14,100.00 |
| Donna Klein<br>6201 121st Ave SE<br>Minot, ND 58701 | Donna Klein<br><br>dklein@epiccompaniesnd.com<br>701-833-1056 | Investment Creditor | | | | $12,900.00 |

Debtor  EPIC Employee, LLC    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jarett Mari<br>320 32nd Ave W Apt 604<br>West Fargo, ND 58078 | Jarett Mari<br><br>jarettmari@hotmail.com<br>701-371-9639 | Investment Creditor | | | | $12,900.00 |
| Jean Clark<br>705 13th Ave N Apt 218<br>Fargo, ND 58102 | Jean Clark<br><br>jeanmarieclark@hotmail.com<br>701-680-9550 | Investment Creditor | | | | $12,900.00 |
| Lance Johnson<br>3616 Hidden Circle<br>West Fargo, ND 58078 | Lance Johnson<br><br>lermilj@me.com<br>701-866-1006 | Investment Creditor | | | | $12,900.00 |
| McKenzie Fettig<br>744 Albert Dr W<br>West Fargo, ND 58078 | McKenzie Fettig<br><br>mackenzie.marie.stemarie@outlook.com<br>701-429-3398 | Investment Creditor | | | | $12,900.00 |
| McKenzy Braaten<br>6078 Autumn Dr S<br>Fargo, ND 58104 | McKenzy Braaten<br><br>mckenzy@epiccompaniesnd.com<br>701-263-7384 | Investment Creditor | | | | $12,900.00 |
| Megan Sundet-Plankers<br>14 37th Ave S<br>Moorhead, MN 56560 | Megan Sundet-Plankers<br><br>701-893-6705 | Investment Creditor | | | | $12,900.00 |
| Nick Manske<br>3204 46th Ave S<br>Fargo, ND 58104 | Nick Manske<br><br>nmanske@epiccompaniesnd.com<br>218-791-4643 | Investment Creditor | | | | $12,900.00 |
| Ruby Rau<br>2704 18th Ave SW<br>Minot, ND 58701 | Ruby Rau<br><br>rubyr@minot.com<br>701-721-2782 | Investment Creditor | | | | $11,700.00 |
| Shane Fletcher<br>1046 Westport Pkwy<br>West Fargo, ND 58078 | Shane Fletcher<br><br>superfletch157@gmail.com<br>701-361-6877 | Investment Creditor | | | | $12,000.00 |
| Susan Nilson<br>4804 2nd St E<br>West Fargo, ND 58078 | Susan Nilson<br><br>snilson@far.midco.net<br>701-866-3220 | Investment Creditor | | | | $12,900.00 |

Debtor   EPIC Employee, LLC
         Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tanya Senechal 4574 4th Ave NE Balfour, ND 58712 | Tanya Senechal tanya.senechal1@gmail.com 701-626-2445 | Investment Creditor | | | | $11,400.00 |
| Zach Frappier 5431 12th St S Fargo, ND 58104 | Zach Frappier ztfrappi@gmail.com 701-388-6919 | Investment Creditor | | | | $12,900.00 |

# United States Bankruptcy Court
### District of North Dakota

In re  EPIC Employee, LLC
Debtor(s)

Case No.
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: July 8, 2024

/s/ Patrick Finn
Patrick Finn/Chief Restructuring Officer
Signer/Title

Alexis Meyer
1629 S Broadway Apt 510
Minot, ND 58701

Amy Hass
506 24th Avenue North
Fargo, ND 58102

Andrew Kallas
3915 54th St S Unit 306
Fargo, ND 58104

Andy Quittschreiber
9963 28th Ave S
Glyndon, MN 56547

Austin Smith
7602 Aquarius Dr
Fargo, ND 58104

Ben Zeltinger
6857 Daytona Drive
Bismarck, ND 58503

Bill Leier
4995 17th Avenue S #214
Fargo, ND 58104

Blake Nybakken
2212 Centennial Rose Dr S
Fargo, ND 58104

Brenda Meyer
1630 11th Ave S
Fargo, ND 58104

Brian Kounovsky
3680 54th St S
Fargo, ND 58104

Brian Reinarts
3434 Shadow Wood Lane
West Fargo, ND 58078

Britta Renner
1579 72nd Ave S
Fargo, ND 58104

Bruce Langseth
1201 14th Ave. SW
Minot, ND 58701

Calvin Volk
458 North Sedona Dr
West Fargo, ND 58078

Carissa Wilcox
3150 Sheyenne St #517
West Fargo, ND 58078

Carter Anderson
1128 43rd Ave West
West Fargo, ND 58078

CBIZ MHM, LLC-Minneapolis
13576 Collections Center Dr
Chicago, IL 60693

Charlie Muus
3388 44th Ave South
Grand Forks, ND 58201

Chris Corbit
320 West LaSelle Drive Apt. 216
Bismarck, ND 58503

Cindy Lopez Dennison
1393 Goldenwood Dr
West Fargo, ND 58078

Cole Howard
213 Morris St
West Fargo, ND 58078

David Williamson
22 Cambridge Cove
Surrey, ND 58785

Donna Klein
6201 121st Ave SE
Minot, ND 58701

Hunter Christianson
2633 26th Ave S
Fargo, ND 58103

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jack Fredrickson
1325 5th St NW
West Fargo, ND 58078

Jacob Benson
220 Christian Drive
Grand Forks, ND 58201

Jacob Wishinsky
4234 9th Ave Circle South apt 15
Fargo, ND 58103

Jalie Hass
337 169th Ave SE
Hillsboro, ND 58045

James Schechter
303 11th St N Apt 210
Fargo, ND 58102

Jarett Mari
320 32nd Ave W Apt 604
West Fargo, ND 58078

Jean Clark
705 13th Ave N Apt 218
Fargo, ND 58102

Jerrod Hoaas
3521 47th Ave S
Fargo, ND 58104

Jocelyn Hams
4535 Urban Plains Dr S Apt 105
Fargo, ND 58104

John Hunt
1133 43rd Ave W
West Fargo, ND 58078

Kara O'Byrne
360 32nd Ave W Apt 414
West Fargo, ND 58078

Kelsey Kosiak
208 E Greenfield Ln #314
Bismarck, ND 58503

Kelsi Langlie
16825 61st St SE
Walcott, ND 58077

Kevin Bryant
506 14th St NE
Mandan, ND 58554

Kevin Mehrer
515 Piper St
Kindred, ND 58051

Kim Knispel
3316 8th St NE
Minot, ND 58703

Kimberly Carlson
745 31st Avenue E
West Fargo, ND 58078

Kimberly Smerud
6400 1st S N
Moorhead, MN 56560

Lance Johnson
3616 Hidden Circle
West Fargo, ND 58078

Lee Quick
437 7th Ave E Apt 2
West Fargo, ND 58078

Madison Meinen
4880 45th Ave S
Fargo, ND 58104

Marcqus Ohlmacher
1354 2nd St N
Fargo, ND 58102

Mark Gomez
214 9th St N
Moorhead, MN 56560

Matt Wuorinen
745 31st Ave E #203
West Fargo, ND 58078

Matthew Kalbus
5408 Tyler Ave S
Fargo, ND 58104

McKenzie Fettig
744 Albert Dr W
West Fargo, ND 58078

McKenzy Braaten
6078 Autumn Dr S
Fargo, ND 58104

Megan Bergeson
4514 17th Ave S
Moorhead, MN 56560

Megan Sundet-Plankers
14 37th Ave S
Moorhead, MN 56560

Michael Abram
2917 29th Ave Circle South
Moorhead, MN 56560

Misty Dietz
7008 26th St S
Fargo, ND 58104

Montgomery & Pender, P.C.
PO Box 9199
Fargo, ND 58106-9199

Nashten McFarren
2580 5th St W Apt B
West Fargo, ND 58078

Nick Manske
3204 46th Ave S
Fargo, ND 58104

Nicole Fix
501 14th St NW
Minot, ND 58703

North Dakota State Tax Commissioner
Office of State Tax Commissioner
PO Box 5623
Bismarck, ND 58506-5623

Office of Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58505-0040

Paige Krodel
6969 26th St S
Fargo, ND 58104

Payton Rott
4803 38 1/2 Ave N
Fargo, ND 58102

Pioneer Place Holdings
400 10th Street SE
Minot, ND 58701

Ruby Rau
2704 18th Ave SW
Minot, ND 58701

Sadie Boeckel
627 33rd Ave W Apt 101
West Fargo, ND 58078

Sarah Kounovsky
1618 3rd St N
Fargo, ND 58102

Shane Fletcher
1046 Westport Pkwy
West Fargo, ND 58078

Susan Nilson
4804 2nd St E
West Fargo, ND 58078

Tamara VanWechel
601 Sugar Drive
Argusville, ND 58005

Tanner Lautt
1328 4th St NW
West Fargo, ND 58078

Tanya Senechal
4574 4th Ave NE
Balfour, ND 58712

Taryn Pallen
1591 34th Ave S
Moorhead, MN 56560

Vicki Campbell
3600 Highview Ave NW
Minot, ND 58703

William Bilben
3140 Bluestem Dr Apt 212
West Fargo, ND 58078

Zach Frappier
5431 12th St S
Fargo, ND 58104

Zacharie Messmer
443 38th Ave W
West Fargo, ND 58078